**No. 09-849. The Shipping Corporation of India, Ltd., Petitioner v. Jaldhi Overseas Pte Ltd.**

559 U.S. 1030, 130 S. Ct. 1896, 176 L. Ed. 2d 402, 2010 U.S. LEXIS 2362.

March 22, 2010. Motion of Maritime Law Association for leave to file a brief as amicus curiae is granted. Petition for writ of certiorari to the United States Court of

Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this motion and this petition.

Same case below, 585 F.3d 58.